IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLLEEN RAVESTEIN, individually and as Administrator for the Estate of Jesus Humberto Munoz, deceased;<br><br>    Plaintiff,<br><br> v.<br><br>DOUGLAS COUNTY, NEBRASKA, WELLPATH, LLC, AMBER M. REDMOND, JOHN MORRISON, WILLIAM SHEARON, JUSTIN TEETER, SETH VAN MAANEN, WILLIAM YOUNG, SHANE PETERSON, DENNIS MCFARLAND, ANTHONY ROBERTS, NICHOLAS SCHROEDER, ANDREW WORTHING, ARTURO COMACHO, DEONDRE N. HOOK, DAVID L. BARNES, TRISHA PORTREY; LORI LIMBACH, OFFICIAL DOES 1-10, in their individual and official capacities; STAFF DOES 1-50, in their individual and official capacities; NURSE DOES 1-10, in their individual and official capacities; DOCTOR DOES 1-10, in their individual and official capacities; and MICHAEL MYERS,<br><br>    Defendants. | 8:21CV442<br><br><br>ORDER |

   This matter is before the Court on the parties' Stipulated Motion for Partial Dismissal (Filing No. 79). Upon careful review of the motion and the record in this case, the Court finds that all claims relating to the January 22, 2020 use of force involving Jesus Humberto Munoz ("Munoz") should be dismissed without prejudice, as follows:

   1.  Plaintiff's federal and state-law claims relating to the January 22, 2020 use of force involving Munoz, including plaintiff's First Cause of Action (captioned

"Excessive Force") and Fifth Cause of Action (captioned "Assault and Battery") are hereby dismissed in their entirety.

2.    Defendants Seth Van Maanen, William Shearon, William Young, Shane Peterson, Anthony Roberts, Nicholas Schroeder, Arturo Comacho, Andrew Worthing, Dennis McFarland, Justin Teeter, and John Morrison, are each dismissed from this lawsuit.

IT IS SO ORDERED.

Dated this 24th day of August 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge